# In the United States Court of Federal Claims

No. 20-905
Filed: January 14, 2022

|  |  |
|---|---|
| AETNA HEALTH, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

On January 4, 2022, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 16.  The parties propose a continuation of the stay in this case, up to and including January 31, 2022, to "confirm the precise quantum of unpaid, and owed, [cost-sharing reduction] payments." *Id*. at 1.  For good cause shown, this case is hereby **STAYED** until January 31, 2022, at which point the parties **SHALL** file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge