# In the United States Court of Federal Claims
No. 20-905 C
Filed: February 25, 2022

**AETNA HEALTH, INC.,**
et al.

**JUDGMENT**

v.

**THE UNITED STATES**

    Pursuant to the court's Order, filed February 24, 2022, and the parties' stipulation for entry of final judgment, filed February 17, 2022,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the amount of $6,307,749.27, on Count I of plaintiffs' complaint, for unpaid cost-sharing reduction (CSR) payments through December 31, 2017. Count II of the complaint is dismissed with prejudice. Each party shall bear its own costs, attorney fees, and expenses.

                                                             Lisa L. Reyes
                                                             Clerk of Court

                           By:    s/ Debra L. Samler

                                                             Deputy Clerk